UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| APRIL ATWATER and<br>BECKY ATWATER WORTHINGTON,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ROBERT ATWATER,<br><br>    *Defendant*. | Civil Action No. 2:23-cv-00027 |

### STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED, by and between the undersigned parties that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned case be dismissed with prejudice against Defendant, with each party to bear its own costs.

FLICKINGER BOULTON ROBSON WEEKS

April 10, 2024

*/s/ Brett R. Boulton*

BRETT R. BOULTON, ESQ.
3000 N. University Ave, #300
Provo, UT 84604
(801) 500-4000
brett@utahinjurylawyers.com

*/s/ John F. Evers*

JOHN F. EVERS, ESQ.
Shoup Evers & Green, PLLC
84 Pine Street, Fourth Floor
Burlington, VT 05401
(802) 861-6666
jevers@seglawyers.com

*Attorneys for Plaintiffs*

|  |  |
|---|---|
|  | LANGROCK SPERRY & WOOL, LLP |
| April 10, 2024 | */s/ Lisa Shelkrot* <br> _____ <br> LISA SHELKROT, ESQ. <br> *Attorney for Defendant* <br> 210 College Street, Suite 400 <br> Burlington, VT  05401 <br> (802) 864-0217 <br> lshelkrot@langrock.com |
| April 10, 2024 | */s/ Laura Menninger* <br> _____ <br> LAURA MENNINGER, ESQ. <br> DELANIE GREWE, ESQ. <br> Haddon, Morgan & Foreman, P.C. <br> 950 17th Street, Suite 1000 <br> Denver, CO 80202 <br> (303) 831-7364 <br> lmenninger@hmflaw.com <br> dgrewe@hmflaw.com <br><br> *Attorneys for Defendant* |